

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| KEVIN JONES | CIVIL ACTION NO. 1:11-cv-00363 |
| VERSUS | DISTRICT JUDGE DEE D. DRELL |
| STATE OF SOUTH CAROLINA, et al. | MAGISTRATE JUDGE JAMES D. KIRK |

### J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent (de novo) review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the defendants' motions to dismiss (Doc. 16, 21, 30 and 42) are **GRANTED** and Jones' case is **DISMISSED**.

**THUS DONE AND SIGNED**, in Chambers, in Alexandria, Louisiana, on this _____ day of December, 2011.

Dee D. Drell
**UNITED STATES DISTRICT JUDGE**